UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMIRO MORENO and
RAFAEL VILLEDA,

    Plaintiffs,

v.                                            CASE NO: 8:11-cv-587-T-26EAJ

DANIEL EMERY,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Unopposed Motion to Substitute the United States of America as Proper Defendant (Dkt. 3) is granted.

2) The United States of America is substituted as the proper party Defendant in this case in place of Daniel Emery.

3) Plaintiffs shall file a response to the United States' Dispositive Motion to Dismiss on or before April 4, 2011.

**DONE AND ORDERED** at Tampa, Florida, on March 22, 2011.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record