UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMIRO MORENO and
RAFAEL VILLEDA,

    Plaintiffs,

v.        CASE NO: 8:11-cv-587-T-26EAJ

DANIEL EMERY,

    Defendant.
_____/

## O R D E R

Upon due consideration of Plaintiffs' Response to Defendant's Dispositive Motion to Dismiss filed at docket 8, it is ordered and adjudged that Defendant's Dispositive Motion to Dismiss (Dkt. 4) is granted. This case is dismissed for lack of subject matter jurisdiction but without prejudice to Plaintiffs pursuing their available administrative remedies under the Federal Torts Claim Act. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 29, 2011.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record